# EXHIBIT A

1 | **HATTIS & LUKACS**
2 | Daniel M. Hattis, Esq. (SBN 232141)
  | Paul Karl Lukacs, Esq. (SBN 197007)
3 | 11711 SE 8th Street, Suite 120
  | Bellevue, Washington 98005
4 | Tel.: (425) 233-8628
  | Fax: (425) 412-7171
5 | dan@hattislaw.com
6 | pkl@hattislaw.com

7 | *Attorneys for Plaintiffs*
8 | *and the Proposed Classes*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| DONALD CHRISTIANSON, ISABEL PRADO, NEIL MOURA, and DANIEL POLINSKY, on behalf of themselves and all others similarly situated, | Case No. _____ |
|---|---|
| Plaintiffs, | **DECLARATION OF DONALD CHRISTIANSON PURSUANT TO THE CALIFORNIA CONSUMERS LEGAL REMEDIES ACT (CAL. CIVIL CODE § 1780(D))** |
| v. | |
| COX COMMUNICATIONS, INC., and COXCOM, LLC, | **[FILED CONCURRENTLY WITH COMPLAINT]** |
| Defendants. | |

CLRA DECLARATION
OF DONALD CHRISTIANSON

**HATTIS & LUKACS**
11711 SE 8th Street, Suite 120
Bellevue, WA 98005
www.hattislaw.com

I, DONALD CHRISTIANSON, hereby declare and state as follows:

1. I am over the age of 18 years, and am a plaintiff in the above-referenced civil action.

2. The facts contained herein are based on my personal knowledge.

2. This civil action pleads a cause of action for violation of the California Consumers Legal Remedies Act ("CLRA") against Defendants Cox Communications, Inc., and CoxCom, LLC (collectively "Defendants" or "Cox"). This civil action has been commenced in a county described in Section 1780(d) of the California Civil Code as a proper place for the trial of the action.

3. This action is being commenced in San Diego County (by filing in the Southern District of California, which includes San Diego County) because that is a county in which each of the Defendants is doing business. Each of the Defendants is doing business in San Diego County by, without limitation, advertising and selling its cable TV services in San Diego County.

4. This action is being commenced in San Diego County because I subscribed to and received Cox cable TV services at my home in La Mesa, California (which is in San Diego County) and was charged mid-contract increases to my purportedly fixed monthly service rate via raises of the "Broadcast Surcharge" and the "Regional Sports Surcharge," which is the subject of this Complaint.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed in San Diego County, California.

Date: 8/30/2022

DocuSigned by:
DONALD CHRISTIANSON

| | |
|---|---|
| 1 | **HATTIS & LUKACS** |
| 2 | Daniel M. Hattis, Esq. (SBN 232141) |
|   | Paul Karl Lukacs, Esq. (SBN 197007) |
| 3 | 11711 SE 8th Street, Suite 120 |
|   | Bellevue, Washington 98005 |
| 4 | Tel.: (425) 233-8628 |
|   | Fax: (425) 412-7171 |
| 5 | dan@hattislaw.com |
| 6 | pkl@hattislaw.com |
| 7 | *Attorneys for Plaintiffs* |
|   | *and the Proposed Classes* |
| 8 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD CHRISTIANSON, ISABEL PRADO, NEIL MOURA, and DANIEL POLINSKY, on behalf of themselves and all others similarly situated, | | Case No. _____ |
| Plaintiffs, | | **DECLARATION OF NEIL MOURA PURSUANT TO THE CALIFORNIA CONSUMERS LEGAL REMEDIES ACT (CAL. CIVIL CODE § 1780(D))** |
| v. | | |
| COX COMMUNICATIONS, INC., and COXCOM, LLC, | | **[FILED CONCURRENTLY WITH COMPLAINT]** |
| Defendants. | | |

CLRA DECLARATION
OF NEIL MOURA

I, NEIL MOURA, hereby declare and state as follows:

1. I am over the age of 18 years, and am a plaintiff in the above-referenced civil action.

2. The facts contained herein are based on my personal knowledge.

2. This civil action pleads a cause of action for violation of the California Consumers Legal Remedies Act ("CLRA") against Defendants Cox Communications, Inc., and CoxCom, LLC (collectively "Defendants" or "Cox"). This civil action has been commenced in a county described in Section 1780(d) of the California Civil Code as a proper place for the trial of the action.

3. This action is being commenced in San Diego County (by filing in the Southern District of California, which includes San Diego County) because that is a county in which each of the Defendants is doing business. Each of the Defendants is doing business in San Diego County by, without limitation, advertising and selling its cable TV services in San Diego County.

4. This action is being commenced in San Diego County because I subscribed to and received Cox cable TV services at my home in Oceanside, California (which is in San Diego County) and was charged mid-contract increases to my purportedly fixed monthly service rate via raises of the "Broadcast Surcharge" and the "Regional Sports Surcharge," which is the subject of this Complaint.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed in San Diego County, California.

Date: 8/30/2022

*Neil Moura*
EBAE6C744053458
NEIL MOURA

**HATTIS & LUKACS**
Daniel M. Hattis, Esq. (SBN 232141)
Paul Karl Lukacs, Esq. (SBN 197007)
11711 SE 8th Street, Suite 120
Bellevue, Washington 98005
Tel.: (425) 233-8628
Fax: (425) 412-7171
dan@hattislaw.com
pkl@hattislaw.com

*Attorneys for Plaintiffs
and the Proposed Classes*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD CHRISTIANSON, ISABEL PRADO, NEIL MOURA, and DANIEL POLINSKY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., and COXCOM, LLC,<br><br>Defendants. | Case No. _____<br><br>**DECLARATION OF DANIEL POLINSKY PURSUANT TO THE CALIFORNIA CONSUMERS LEGAL REMEDIES ACT (CAL. CIVIL CODE § 1780(D))**<br><br>**[FILED CONCURRENTLY WITH COMPLAINT]** |

CLRA DECLARATION
OF DANIEL POLINKSY

**HATTIS & LUKACS**
11711 SE 8th Street, Suite 120
Bellevue, WA 98005
www.hattislaw.com

I, DANIEL POLINSKY, hereby declare and state as follows:

1. I am over the age of 18 years, and am a plaintiff in the above-referenced civil action.

2. The facts contained herein are based on my personal knowledge.

2. This civil action pleads a cause of action for violation of the California Consumers Legal Remedies Act ("CLRA") against Defendants Cox Communications, Inc., and CoxCom, LLC (collectively "Defendants" or "Cox"). This civil action has been commenced in a county described in Section 1780(d) of the California Civil Code as a proper place for the trial of the action.

3. This action is being commenced in San Diego County (by filing in the Southern District of California, which includes San Diego County) because that is a county in which each of the Defendants is doing business. Each of the Defendants is doing business in San Diego County by, without limitation, advertising and selling its cable TV services in San Diego County.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed in Orange County, California.

Date: 8/30/2022

DocuSigned by:
Daniel Polinsky
0B3A09D084B9498...
DANIEL POLINSKY