RICHARD R. PATCH (State Bar No. 88049)
KATHARINE VAN DUSEN (State Bar No. 276021)
WILL GRAY (State Bar No. 325657)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-rrp@cpdb.com
        ef-kvd@cpdb.com
        ef-wag@cpdb.com

Attorneys for Defendants
COX COMMUNICATIONS, INC.,
COXCOM, LLC, and COX
COMMUNICATIONS CALIFORNIA,
LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD CHRISTIANSON, ISABEL PRADO, NEIL MOURA, DANIEL POLINSKY, CRISTINA ABDALA, JESSICA BAZAN, PAULA CHRISTOPHER, GREGORY CLARK, JANINE CLARK, JOSEPH DEPEW, BRENDA DEPPERSCHMIDT, JAMES GAMBLE, KELLY GILLILAND, BRIAN HARGETT, ADRIENNE JACKSON, LYSSA JORDAN, WAYNE KALAYJIAN, JENNIFER KLAT, DIANE KLEIN, NESTOR MENDEZ, STEPHEN METZGER, JAMES MILLS, MICHAEL MITCHELL, ROSA MONTANEZ, LAUREN RAMOS, ALBERT RENN, ROBYNN ROWE, PATRICIA SALVACION, HEATHER WEBSTER, JOHN WILEY, AND STEPHANIE WILEY, on behalf of themselves and all others similarly situated, | Case No. 3:22-cv-01290-RSH-MSB **NOTICE OF WITHDRAWAL** PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT Hearing Date:    August 1, 2023 Crtm:    3B Judge:    Hon. Robert S. Huie |
| Plaintiffs, | |

008277.0069 4883-6208-5229.1                          Case No. 3:22-cv-01290-RSH-MSB

## NOTICE OF ERRATA OF THE DECLARATION OF DANIELLE GECK

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663



1       v.

2   COX COMMUNICATIONS, INC.,
    COXCOM, LLC, and COX
3   COMMUNICATIONS CALIFORNIA,
    LLC,

4

5          Defendants.

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

008277.0069 4883-6208-5229.1

Case No. 3:22-cv-01290-RSH-MSB

**NOTICE OF WITHDRAWAL**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Southern District Electronic Case Filing Administrative Policies and Procedures Manual, Defendants COX COMMUNICATIONS, INC., COXCOM, LLC, and COX COMMUNICATIONS CALIFORNIA, LLC ("Defendants") hereby withdraw their Notice of Motion and Motion to Compel Arbitration and To Stay ("Motion"), because the Declaration of Danielle Geck was erroneously filed without exhibits. Defendants will refile the Motion.

DATED: June 28, 2023                    Respectfully submitted,

                                                        COBLENTZ PATCH DUFFY & BASS LLP


                                                        By:      */s/ Richard R. Patch*
                                                                  RICHARD R. PATCH
                                                                  Attorneys for Defendants
                                                                  COX COMMUNICATIONS, INC.,
                                                                  COXCOM, LLC, and COX
                                                                  COMMUNICATIONS CALIFORNIA, LLC

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663