# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD CHRISTIANSON, *ET AL.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., COXCOM, LLC, and COX COMMUNICATIONS CALIFORNIA, LLC,<br><br>Defendants. | Case No. 22-cv-1290-RSH-MSB<br><br>**ORDER OF DISMISSAL** |

# ORDER OF DISMISSAL

WHEREAS, Plaintiffs Cristina Abdala, Robynn Rowe, Donald Christianson, Isabel Prado, Neil Moura, Daniel Polinsky, Jessica Bazan, Paula Christopher, Gregory Clark, Janine Clark, Joseph Depew, Brenda Depperschmidt, James Gamble, Kelly Gilliland, Brian Hargett, Adrienne Jackson, Lyssa Jordan, Wayne Kalayjian, Jennifer Klat, Diane Klein, Nestor Mendez, Stephen Metzger, James Mills, Michael Mitchell, Rosa Montanez, Lauren Ramos, Albert Renn, Robert Tice, Patricia Salvacion, Heather Webster, John Wiley and Stephanie Wiley (collectively, "**Plaintiffs**") and Defendants Cox Communications, Inc., CoxCom, LLC, and Cox Communications California, LLC (collectively, "**Cox**") (individually, a "**Party**," and collectively, "**Parties**"), have entered into a confidential Settlement Agreement and have filed a Joint Motion For Dismissal (Dkt. 77);

WHEREAS, a class has not been certified in this class action, and no class has been proposed to be certified for purposes of settlement in this class action;

NOW, THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(2) and pursuant to this Court's Order of March 18, 2026 (Dkt. 76), the Court hereby finds cause and ORDERS as follows:

(a) The Court hereby **dismisses _with prejudice_** this civil action and all claims being alleged by Plaintiffs in their operative Third Amended Complaint (Dkt. 40) ("Complaint") to the extent that each Plaintiff alleges the civil action and the claims in his or her individual or personal capacity;

(b) The Court hereby **dismisses _without prejudice_** this civil action and all claims being alleged by Plaintiffs in their operative Third Amended Complaint to the extent that each Plaintiff alleges the civil action and the claims in his or her capacity as a proposed representative of a putative class; and

///

///

///

- 1 -

Case No. 22-cv-1290-RSH-MSB

(c) Except as otherwise stated in the Settlement Agreement, the Parties agree that each Party shall be responsible for his, her or its own respective attorneys' fees and costs incurred or in any way related to this civil action.

**IT IS SO ORDERED.**

DATED: March 31, 2026

_____
Hon. Robert S. Huie
United States District Judge